IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

JASON CHAPPELL

                    NO. 2:13-CV-01210-TFM

      Plaintiff

vs.

BIG LOTS STORES, INC.

      Defendant

## SUBTITUTION OF COUNSEL

KINDLY WITHDRAW the appearance of MICHAEL J. HERALD, ESQUIRE and MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP, on behalf of Defendant, BIG LOTS STORES, INC. in the above captioned matter.

                    MINTZER, SAROWITZ, ZERIS, LEDVA
                    & MEYERS, LLP

                    BY: _____
                          MICHAEL J. HERALD, ESQUIRE

Dated: February 7, 2014

## ENTRY OF APPEARANCE

KINDLY ENTER the appearances of BRETT L. HUSTON, ESQUIRE, JENNIFER KEADLE MASON, ESQUIRE and MINTZER, SAROWITZ, ZERIS,

LEDVA & MEYERS, LLP, on behalf of Defendant, BIG LOTS STORES, INC. in the above captioned matter.

                                          **MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

                                          BY: _____
                                               BRETT L. HUSTON, ESQUIRE
                                               JENNIFER KEADLE MASON, ESQUIRE
                                               Attorneys for Defendant, BIG LOT STORES, INC.

Dated: February 7, 2014

BRETT L. HUSTON, ESQUIRE (PA State ID: 91300)
JENNIFER KEADLE MASON, ESQUIRE (PA State ID: 92718)
**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**
625 Liberty Avenue, Suite 390
Pittsburgh, Pennsylvania 15222
(412) 928-0502
bhuston@defensecounsel.com
jmason@defensecounsel.com
**MSZL&M File No. 009430.000035**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/EMF system, which will send notification of such filing to all counsel of record.

/s/ Brett L. Huston
Brett L. Huston

/s/ Jennifer Keadle Mason
Jennifer Keadle Mason