IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON CHAPPELL<br>Plaintiff, | §<br>§<br>§ | |
| V. | § | NO. 2:13-CV-01210-TFM |
| | § | |
| BIG LOTS STORES, INC.<br>Defendant | §<br>§<br>§ | |

### AGREED ORDER OF DISMISSAL OF ALL CLAIMS AGAINST BIG LOTS STORES, INC.

On this day the Court considered the stipulation of the parties in this action seeking dismissal of this action with prejudice. The Court finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED that this cause be and is dismissed with prejudice. Each party is to pay its own costs.

SIGNED AND ENTERED this ____ day of _____, 2014.

_____
Honorable Terrence McVerry
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

SCHIFFMAN & WOJDOWSKI

MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS, LLP

/s/
Daniel S. Schiffman, Esquire
P.A. Bar I.D. No. 309825
Daniel S. Schiffman
1300 Fifth Avenue
Pittsburgh, PA 15219
Phone: 412-288-9444
Fax: 412-288-9455
Email: schiffman.dan@gmail.com
Counsel for Plaintiff, Jason Chappell

/s/
Steve Ledva, Esquire
P.A. Bar I.D. 42372
625 Liberty Avenue, Suite 390
Pittsburgh, PA 15222
Telephone: 412-928-0502
Email: sledva@defensecounsel.com
Attorneys for Defendant
Big Lots Stores, Inc.